**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 27 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIRLEY J. WALKER,

        Plaintiff,

v.                                                        No. CV 17-00991 JB/SCY

GREGORY J. SPINA, VALLEY EXPRESS, INC.,
and GREAT WEST CASUALTY COMPANY,

        Defendants.

**(FINAL) JUDGMENT** 3/26/19

**THIS MATTER** having come on for jury trial, the Plaintiff, Shirley J. Walker and Defendants Gregory J. Spina and Valley Express, Inc., appearing in person and by and through their respective attorney of record, and the Court and jury having heard the evidence, having viewed the exhibits, having heard arguments of counsel, and being otherwise fully advised in the premises, and the jury having returned with a verdict for the Plaintiff, as follows:

The jury awarded damages in the amount of Six Thousand Five Hundred Dollars ($6,500.00).

**IT IS THEREFORE ORDERED** that judgment be and hereby is entered against the Defendants Gregory J. Spina, Valley Express, Inc., and Great West Casualty Company, in favor of Plaintiff in the amount of Six Thousand Five Hundred Dollars ($6,500.00).

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved:


*Approved via email on 3/13/2019*
Anthony J. Ayala, Esq.
Attorney for Plaintiff
601 Parkside Place SE
Albuquerque, NM 87123
(505) 344-0401


Approved as to Form:


*Approved by Allison M. Beaulieu 3/13/19*
_____
BUTT THORNTON & BAEHR, PC
Raul P. Sedillo,
Allison M. Beaulieu
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777

